No. 239. DENVER & RIO GRANDE RAILROAD COM-
PANY *v.* ORESTA DA VELLA, ROYAL ITALIAN CONSUL, AS
ADMINISTRATOR, ETC. ' Error to the Supreme Court of the
State of Colorado. Submitted March 14, 1919. De-
cided March 17, 1919. *Per Curiam.* Dismissed for want
of jurisdiction upon the authority of § 237 of the Judi-
cial Code, as amended by the Act of September 6,
1916, c. 448, 39 Stat. 726. *Mr. Elroy N. Clark* and *Mr.
Wm. C. Prentiss* for plaintiff in error. *Mr. W. F. San-
born* for defendant in error.

-------

No. 225. MRS. M. E. SIMS ET AL. *v.* W. H. STARK
ET AL. Error to the District Court of the United States
for the Eastern District of Texas. Argued March 13,
1919. Decided March 17, 1919. *Per Curiam.* Dis-
missed for want of jurisdiction upon the authority of
*Aspen Mining & Smelting Co.* v. *Billings,* 150 U. S. 31,
37; *Brown* v. *Alton Water Co.,* 222 U. S. 325, 332–334.
See *Red Jacket, Jr., Coal Co.* v. *United Thacker Coal Co.,*
Point 3, 248 U. S. 531; *Omaha Baum Iron Store Co.* v.
*Moline Plow Co.,* 244 U. S. 650. *Mr. George P. Dough-
erty,* with whom *Mr. E. E. Townes* and *Mr. Frederick S.
Tyler* were on the brief, for plaintiffs in error. No appear-
ance for defendants in error.

-------

No. ——, Original. *Ex parte:* IN THE MATTER OF
WILFRED TOMPKINS, PETITIONER. Submitted March 10,
1919. Decided March 17, 1919. Motion for leave to
file petition for a writ of *habeas corpus* herein denied.
*Mr. Frans E. Lindquist* for petitioner.

-------

No. 265. CRESCENT MILLING COMPANY *v.* H. N.
STRAIT MANUFACTURING COMPANY ET AL. Appeal from

the District Court of the United States for the District of Minnesota. Argued for appellant March 21, 1919. Decided March 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 6 of the Act of September 6, 1916, c. 448, 39 Stat. 726, 727. *Mr. Harris Richardson* for appellant. *Mr. John I. Dille* and *Mr. John O. P. Wheelwright* for appellees.

---

No. 272. NEELY POWERS, TRUSTEE, ETC., *v.* SCOTT COUNTY MILLING COMPANY. Error to the Supreme Court of the State of Mississippi. Submitted March 21, 1919. Decided March 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. James N. Flowers* and *Mr. William H. Watkins* for plaintiff in error. *Mr. Robert H. Thompson* and *Mr. George Butler* for defendant in error.

---

No. 261. CHESAPEAKE & OHIO COAL & COKE COMPANY *v.* TOLEDO & OHIO CENTRAL RAILWAY COMPANY. Error to the Circuit Court of Appeals for the Fourth Circuit. Argued for plaintiff in error March 20, 1919. Decided March 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 128 of the Judicial Code; *Stevenson* v. *Fain*, 195 U. S. 165, 166; *Hull* v. *Burr*, 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.*, 237 U. S. 575, 577; *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis*, 238 U. S. 439, 444. *Mr. Buckner Clay*, with whom *Mr. George E. Price* was on the brief, for plaintiff in error. *Mr. E. W. Knight* for defendant in error.